In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of Chrystie, Forsyth, Hester, Broome, Rivington and Stanton Streets, in the Borough of Manhattan, City of New York.

DAVID DAVIS et al., Respondents.

(Submitted November 21, 1932; decided November 29, 1932.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 585.)

In the Matter of the Claim of JAMES W. CROSS against JOHN P. WHITTLEY, Respondent.

THE STATE INDUSTRIAL BOARD, Appellant.

(Argued November 21, 1932; decided November 29, 1932.)

*Andrew Wright Lent* for motion.

*John J. Bennett, Jr.,* Attorney-General (*John R. O'Hanlon* of counsel), opposed.

Motion denied, with ten dollars costs.